NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-892

JERRY WESTMORELAND

VERSUS

ALLIED HEALTHCARE, INC.

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
PINEVILLE CITY COURT
RAPIDES PARISH, LOUISIANA, NO. 3-0232
HONORABLE ROBERT P. JACKSON, CITY COURT JUDGE

\*\*\*\*\*\*\*\*\*\*

OSWALD A. DECUIR
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, Chief Judge, and John D. Saunders and Oswald A. Decuir, Judges.

**Saunders, J., concurs in the result.**

AFFIRMED.

Michael D. Skinner
Onebane Law Firm
P. O. Box 3507
Lafayette, LA 70502-3507
(337) 237-2660
Counsel for Defendant/Appellee:
    Allied Healthcare, Inc.

W. Alan Pesnell
The Pesnell Law Firm
P. O. Box 1794
Shreveport, LA 71166-1794
(318) 226-5577
Counsel for Plaintiff/Appellant:
    Jerry Westmoreland